IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY | PLAINTIFF |
| v. NO. 02-CV-4064 | |
| UNION PACIFIC RAILROAD COMPANY; LORI ALLENBRAND; TRI-STATE TRAFFIC CONTROL, INC.; and GREGORY L. LOGAN | DEFENDANTS |
| UNION PACIFIC RAILROAD COMPANY; LORI ALLENBRAND; and TRI-STATE TRAFFIC CONTROL, INC. | THIRD-PARTY PLAINTIFFS |
| v. | |
| CROWLEY INSURANCE, INC.; CROLEY INSURANCE & FINANCIAL, INC.; and B. THOMAS CROLEY, JR. | THIRD-PARTY DEFENDANTS |

ORDER

Upon motion of the defendant, Union Pacific Railroad Company, for an order pursuant to Rule 62(d), Federal Rules of Civil Procedure, for a stay of execution on the judgment pending appeal, the Court hereby finds:

1. Defendant has filed its notice of appeal from the judgment entered by the Court on September 21, 2005. This Court has jurisdiction pursuant to Rule 62(d) to issue a stay of execution.

2. Defendant has filed an appropriate supersedeas bond, securing the payment of damages and costs that may be affirmed against the defendant on appeal. A stay is necessary to preserve the status quo and to stay execution upon the judgment pending the appeal.

3. The supersedeas bond is hereby approved and a stay of execution on the judgment is hereby granted.

IT IS SO ORDERED this 13th day of October, 2005.

/s/ Harry F. Barnes
UNITED STATES DISTRICT JUDGE