IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

OHIO CASUALTY INSURANCE COMPANY                                                        PLAINTIFF

V.                                       Case No. 02-CV-4064

UNION PACIFIC RAILROAD COMPANY;
LORI ALLENBRAND; and TRI-STATE
CONTROL, INC.                                                                           DEFENDANTS

UNION PACIFIC RAILROAD COMPANY                                            THIRD-PARTY PLAINTIFF

V.

CROWLEY INSURANCE, INC.;
TWIN CITY FIRE INSURANCE
COMPANY; and CASUALTY
INSURANCE COMPANY                                                       THIRD-PARTY DEFENDANTS

## AMENDED JUDGMENT

Before the Court is the Mandate of the United States Court of Appeals for the Eighth Circuit (Doc. 198) reversing the judgment (Doc. 187) entered by this Court in the above styled and numbered case and remanding the action to this Court to enter a judgment in favor of Union Pacific Railroad Company ("Union Pacific"). Thus, the Court abandons its judgment entered on September 21, 2005 (Doc. 187) in favor of Ohio Casualty Insurance Company ("Ohio Casualty") and finds that Ohio Casualty had an obligation to defend and indemnify Union Pacific under the insurance policy at issue. Accordingly, the Court hereby enters judgment in favor of Union Pacific in the above styled and numbered case.

**IT IS SO ORDERED**, this 18th day of February, 2009.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge